FILED
SUPERIOR COURT
OF GUAM

2021 JUL -8 PM 3: 51

CLERK OF COURT

By:_____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| **PEOPLE OF GUAM,** | **Criminal Case No. CF0169-21** |
| | GPD Report No. 21-07760 |
| **v.** | |
| | **DECISION AND ORDER** |
| **MATTHEW KIOSHI NELSON,** | **FINDING THERESA C. ARRIOLA** |
| (*aka* **Matthew Kiyoshi Nelson**), | **NOT IN CONTEMPT OF COURT** |
| DOB: 10/31/1980 | |
| | |
| Defendant. | |

## INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena, III on June 2, 2021 and June 7, 2021 for hearing on Defendant Matthew Kioshi Nelson's (*aka* Matthew Kiyoshi Nelson's) ("Defendant's") Request for Order to Show Cause ("Request"). Deputy Attorney General Carol Hinkle-Sanchez and Assistant Attorney General Jordan Pauluhn represent the People, and Assistant Public Defender Jocelyn Roden represents Defendant. Having duly considered the parties' briefs, oral arguments, and the applicable law, the Court now issues the following Decision and Order and **FINDS THERESA C. ARRIOLA NOT IN CONTEMPT OF COURT.**

## BACKGROUND

On April 30, 2021, Defendant was ordered to the Guam Behavioral Health & Wellness Center ("GBHWC") Annex at Department of Corrections ("DOC") after failing to comply with the terms of his pre-trial electronic monitoring supervision. Commitment Order (Apr. 30, 2021). The Annex is a satellite operation of GBHWC located within DOC. However, the Annex was not yet up and running, as the space needed to operate this unit was instead being used as the DOC's

Decision and Order Finding Theresa C. Arriola Not in Contempt of Court
CF0169-21, *People of Guam v. Matthew Nelson*
Page 1 of 3

COVID-19 quarantine area. Declaration of Theresa C. Arriola at 3 (May 21, 2021). The Defendant was placed in GBHWC's Criminal Defendants Unit in Tamuning.

On May 16, 2021, GBHWC suffered a COVID-19 scare when a community-based consumer was admitted into the Adult In-Patient Unit after having just produced a positive COVID-19 test. Court Recording ("CR") at 3:26:30 (Jun. 2, 2021). The Adult In-Patient Unit was quickly locked down and a new location was needed to house the community-based consumers. Declaration of Theresa C. Arriola at 2 (May 21, 2021). It was determined that an emergency Annex would be created at DOC, and that all residents within the Criminal Defendants Unit would be relocated there, freeing up room for the community-based consumers. CR at 3:27:00 (Jun. 2, 2021). This action was initiated by Theresa C. Arriola, the Director of GBHWC. Declaration of Theresa C. Arriola at 2 (May 21, 2021). Defendant was one such patient transferred to the Annex on May 17, 2021.

On May 20, 2021, Defendant filed his Request for Order to Show Cause. Defendant alleges that Theresa C. Arriola's transfer of Defendant to the Annex amounts to contempt of court because it was done without a Court order. Request at 2 (May 20, 2021).

On May 21, 2021, Theresa C. Arriola submitted her Declaration, arguing that the transfer was a necessary response to the emergency situation and done to protect their patients. Declaration of Theresa C. Arriola at 4 (May 21, 2021).

The Court held a hearing on June 2, 2021 and June 7, 2021. After hearing the arguments of the parties, the Court took the matter under advisement.

## DISCUSSION

The elements of contempt are generally: '1) A valid order, 2) Knowledge of the order, 3) Ability to comply with the order, and 4) Willful failure to comply with the order.'" *Lamb v. Hoffman*, 2008 Guam 2 ¶ 44 (quoting *In re Lvey*, 102 Cal.Rptr.2d 447, 451 (Ct.App. 2000)). Contempt of court is punishable as a petty misdemeanor. Id. at ¶ 32.

Ms. Arriola had no ability to comply with the Court order because the COVID-19 emergency situation forced her to immediately relocate the Criminal Defendants Unit in order to make room for the community-based consumers. Ms. Arriola's actions were appropriate in light of this

Decision and Order Finding Theresa C. Arriola Not in Contempt of Court
CF0169-21, *People of Guam v. Matthew Nelson*
Page 2 of 3

emergency, and she ensured that the freshly converted Annex provided patients with the same services available at GBHWC's Criminal Defendants Unit. Patients in the Annex still received access to registered nurses, psychiatric technicians, medications, and counseling. CR at 3:34:30 (Jun. 2, 2021). Furthermore, the same GBHWC staff manned the Annex as did the Criminal Defendants Unit. Declaration of Theresa C. Arriola at 3 (May 21, 2021). Ms. Arriola's actions do not amount to contempt of court given the emergency situation that necessitated them, and the numerous safeguards she employed.

## CONCLUSION

For the reasons stated above, the Court **FINDS THERESA C. ARRIOLA NOT IN CONTEMPT OF COURT.** Because Defendant is currently stable, there is no need to relocate him back to the Criminal Defendants Unit in Tamuning.

**IT IS SO ORDERED** this __July 8, 2021__.



_____
**HONORABLE ALBERTO C. LAMORENA, III**
**Presiding Judge, Superior Court of Guam**

**SERVICE VIA E-MAIL**
I acknowledge that an electronic copy of the original was e-mailed to:
__AG, PDSC__

Date: 7/8/21 Time: 3:56pm
_____
Deputy Clerk, Superior Court of Guam

Decision and Order Finding Theresa C. Arriola Not in Contempt of Court
CF0169-21, *People of Guam v. Matthew Nelson*
Page 3 of 3